IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID L. SPALDING,<br>　　ID # 47371-177,<br>　　　　Plaintiff, | )<br>)<br>) |
| vs. | ) No. 3:20-CV-1339-M-BH |
| | ) |
| UNITED STATES OF AMERICA,<br>　　　　Defendant. | )<br>) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow court orders. To the extent Plaintiff is seeking to have this Court reconsider its own prior Orders, his request is **DENIED**.

　　SIGNED this 7th day of August, 2020.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE